# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134145

_____

IN RE MATTHEW JOSEPH  JACKSON and
DAVID PAUL JACKSON, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
          Petitioner-Appellee,

v

STEPHANIE JACKSON,
          Respondent-Appellant,

and

CARLTON HORATIO JACKSON,
          Respondent.

_____/

SC: 134145
COA: 272459
Wayne CC
Family Division: 01-403690-NA

On order of the Court, the application for leave to appeal the March 29, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2007

_____
Clerk

d0626